# IN THE UNITED STATES DISTRICT COURT
## FOR THE __Northern__ DISTRICT OF TEXAS
## __Abilene__ DIVISION

__Ernest G Acosta 01880063__
Plaintiff's name and ID Number

__Eastham Unit 2665 Prison Rd 1 Lovelady, TX 75851__
Place of Confinement

CASE NO._____
(Clerk will assign the number)

V.

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

__Linda Gonzales 1675 S.F.M. 3525 Colorado City, TX 79512__
Defendant's name and address

I, __Ernest G Acosta__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?      Yes ☐   No ☑
   b. Rent payments, interest or dividends?              Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments?    Yes ☐   No ☑
   d. Gifts or inheritances?                             Yes ☐   No ☑
   e. Family or friends?                                 Yes ☑   No ☐
   f. Any other sources?                                 Yes ☐   No ☑

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   __My sister or Mother every so often.__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?     Yes ☐   No ☑

   If you answered **YES** to any of the questions above, state the total value of the items owned.

1

☆ATCIFP (REV. 9/02)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

                                Yes ☐        No ☑

If you answered **YES**, describe the property and state its approximate value.

_____
_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ____5th____ day of ____December____, 20 _19_.

_____      0/880063
Signature of Plaintiff                           ID Number

**YOU <u>MUST</u> ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

```
6S1NIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE            12/05/19
EA20/KA00029              IN-FORMA-PAUPERIS DATA                      04:34:11
TDCJ#: 01880063 SID#: 06551541 LOCATION: EASTHAM       INDIGENT DTE: 07/23/19
NAME: ACOSTA,ERNEST G                          BEGINNING PERIOD: 05/01/19
PREVIOUS TDCJ NUMBERS: 01407601
CURRENT BAL:          0.00  TOT HOLD AMT:          0.00 3MTH TOT DEP:     3.00
6MTH DEP:           153.00  6MTH AVG BAL:          4.24 6MTH AVG DEP:    25.50
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
10/19      0.00          0.00           07/19      50.00         50.00
09/19      3.08          3.00           06/19     100.00        100.00
08/19      4.88          0.00           05/19       0.01          0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF Houston
ON THIS THE 5th DAY OF December, 2019 I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: *Gwendolyn Spurlock*

Gwendolyn Spurlock
ID# 12454540-2
Notary Public, State of Texas
My Commission Expires
08/17/2023
Notary Without Bond

12/5/2019

RECEIVED
DEC - 9 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

To whom it may Concern:

About 4 months ago I sent in a 2254 Habeaus Corpus in concern of a bogus case I recieved at Wallace Unit. I was not sure if my Mother sent the $5 money order, so I Just got back from Bench Warrent and have not recieved any information in concern of my 2254. So I figure I'd send this form in to take care of the $5 in case. So I can take care of this matter ASAP. I really need this took care of, I have 7½ on a Non-Ag 22 year sentence. I am So ready to go home, and I don't need a Bogus case holding me back. Thanks for your time.

Ernest G Acosta
Ernest Acosta Unit #01880063
2665 Prison Rd 1
Lovelady, TX. 75851-

Grievance # 2018088039
Grievance Code 410
Investigator ID# 12448/I 1610

Ernest G Acosta
Eastham Unit #61880063
2665 Prison Rd 1
Lovelady, TX - 75851

NORTH TEXAS TX PDC
DALLAS TX 750
08 DEC 2019 PM 2 L

Clerk
United States District Court
Northern District of Texas
P.O. Box #1218
Abilene, TX 79604

RECEIVED
DEC - 9 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79604-121818